UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. STEFFENS, Derivatively on Behalf of Nominal Defendant MAXLINEAR, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KISHORE SEENDRIPU, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:25-cv-324-CAB-VET<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>**[Doc. No. 20]** |

On March 14, 2025, the parties jointly filed a motion to stay the case. [Doc. No. 20.] The parties state that there is a substantial overlap of facts between this case and two others pending before the Court: (1) *Water Island Event-Driven Fund v. MaxLinear, Inc.*, Case No. 3:23-cv-1607-CAB-VET; and (2) *HBK Master Fund L.P. v. MaxLinear, Inc.*, Case No. 3:24-cv-1033-CAB-VET. The parties believe that the relief they have requested in this case may be affected by the outcome in those cases. Accordingly, the Court **GRANTS** the motion. This case is **STAYED** until further notice by the Court. The parties may move to lift the stay by motion.

　　It is **SO ORDERED**.

　　Dated: March 18, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　United States District Judge